UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re BEVERLY ANN THOMAS AND WILLIAM BERNARD THOMAS, DBA UNCLE WILLIE'S BARBEQUE AND SOUL FOOD
A. CLAWSON,

No. C 12-0139 PJH
Bankr. Case No. 11-44345 WJF

**ORDER TO SHOW CAUSE**

Debtors/Appellants.
_____/

Debtors/appellants Beverly Ann and William Thomas' bankruptcy appeal was filed in this court on January 9, 2012. To date, the court has not received the record in the case, and accordingly, has been unable to set a briefing schedule on appeal. Based on the court's review of the bankruptcy court's docket in case no. 11-44345, appellants appear to have filed their designation of record and statement of issues on appeal with the bankruptcy court on January 19, 2012. Accordingly, this court's clerk's office should have received the record already. That is not the case, though. If the record has indeed been perfected in the bankruptcy court as it appears, the clerk of the bankruptcy court should transmit it to this court. If there is a problem with the record, appellants and/or the clerk of the bankruptcy court should notify this court **no later than Friday, April 6, 2012,** regarding the nature of the problem.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Clerk of the Court, United States Bankruptcy Court (Oakland)