UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BEVERLY ANN THOMAS AND WILLIAM BERNARD THOMAS, DBA UNCLE WILLIE'S BARBEQUE AND SOUL FOOD,<br><br>Debtors/Appellants.<br>_____/ | No. C 12-0139 PJH<br>Bankr. Case No. 11-44345 WJL<br><br>**JUDGMENT** |

Pursuant to the order reversing the bankruptcy court's decision signed today, the above appeal is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge